UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JOHN B. ODOMS,

Petitioner,

v.

I. BACA, *et al.,*

Respondents.

Case No. 3:17-cv-00698-MMD-VPC

ORDER

Petitioner John B. Odoms has submitted a petition for a writ of prohibition (ECF No. 1-1). He has not paid the filing fee or submitted an application to proceed *in forma pauperis*. Accordingly, this action has not been properly commenced.

Further, Odoms asks this Court to direct the Eighth Judicial District Court of Clark County, Nevada—which has declared petitioner a vexatious litigant—to allow him to file a motion for modification of sentence. However, as was explained to Odoms in a previous case, this Court lacks jurisdiction to issue a writ of mandamus to a state court. *Demos v. United States Dist. Court for the E. Dist. of Wash.*, 925 F.2d 1160, 1161 (9th Cir. 1991); *see also* 3:17-cv-00547-HDM-VPC). This petition is, therefore, dismissed. The Court will not issue a certificate of appealability, as reasonable jurists would not debate the dismissal of this petition.

It is therefore ordered that the Clerk detach and file the petition for writ of prohibition (ECF No. 1-1).

It is further ordered that the petition is dismissed.

It is further ordered that a certificate of appealability is denied.

It is further ordered that the Clerk enter judgment accordingly and close this case.

DATED THIS 6th day of April 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE